634

472 A.2d 266

Commonwealth v. Hopper, Appellant.

Submitted November 17, 1983.   Warren D. Utermahlen, for appellant; Steven R. Guccini, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

472 A.2d 267

Commonwealth v. Jefferson, III, Appellant.

Submitted November 8, 1983.   Anthony S. Dedola, Jr., for appellant; Gerald S. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.